**FILED**

JUN 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2 | Name  FERNANDES   RAYMOND   K

3 |       (Last)           (First)           (Initial)

4 | Prisoner Number *#*207334   NAPA STATE HOSPITAL

5 | Institutional Address 2100 NAPA VALLEJO HWY, NAPA, CALIF 94558-6298

6 |

7 | **UNITED STATES DISTRICT COURT**
   | **NORTHERN DISTRICT OF CALIFORNIA**

8 | RAYMOND KING FERNANDES                    )
9 | (Enter the full name of plaintiff in this action.)  )   CV 08   2989

10 | F.B.I officer FREEMAN                     )   Case No. _____
   |                                          )   (To be provided by the Clerk of Court)
11 | DEPUTY DISTRICT ATTORNEY,2    vs.         )
   |                                          )   **COMPLAINT UNDER THE**   (PR)
12 | ROBERT C. ALOE                           )   **CIVIL RIGHTS ACT,**
   | ALAMEDA COUNTY                           )   **Title 42 U.S.C § 1983**
13 | SHERIFFS DEPARTMENT-06-24445             )   E-filing
   |                        OAKLAND           )
14 | JUDGE. SUPERIOR COURT LARRY J.GOODMAN    )
   | (Enter the full name of the defendant(s) in this action)  )

15 |

16 | *[All questions on this complaint form must be answered in order for your action to proceed..]*

17 | I.    Exhaustion of Administrative Remedies.

18 |       [**Note:** You must exhaust your administrative remedies before your claim can go

19 |       forward. The court will dismiss any unexhausted claims.]

20 |       A.    Place of present confinement  NAPA STATE Hospital

21 |       B.    Is there a grievance procedure in this institution?

22 |             YES (X)     NO ( )

23 |       C.    Did you present the facts in your complaint for review through the grievance

24 |             procedure?

25 |             YES (X)     NO ( )

26 |       D.    If your answer is YES, list the appeal number and the date and result of the

27 |             appeal at each level of review. If you did not pursue a certain level of appeal,

28 |             explain why.

COMPLAINT                          - 1 -

1. Informal appeal PUT IN A GRIEVANCE AND
IT WAS TOSSED IN TRASH AT ALAMEDA
COUNTY JAIL PLUS WROTE COURT IN DUBLIN
WITH NO ANSWER

2. First formal level _____
_____
_____
_____

3. Second formal level _____
_____
_____

4. Third formal level _____
_____
_____

E.    Is the last level to which you appealed the highest level of appeal available to you?

YES (X)    NO ( )

F.    If you did not present your claim for review through the grievance procedure, explain why. _____
_____
_____

II.    Parties.

A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

RAYMOND KING FERNANDES
2100 NAPA VALLEJO HWY
NAPA. CALIF 94558-6298

B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

F.B.I OFFICER FREEMAN, HOME BASE SAN FRANCISCO

COMPLAINT                          - 2 -

1  DEPUTY DISTRICT ATTORNEY ROBERT C. ALOE
2  HAYWARD COURTS. SHERIFFS ALAMEDA COUNTY
3  06-24445 Judge LARRY J. GOODMAN Superior
4  COURT OAKLAND

5  III.    Statement of Claim.

6          State here as briefly as possible the facts of your case.  Be sure to describe how each
7  defendant is involved and to include dates, when possible.  Do not give any legal arguments or
8  cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10  ON THE ABOVE DATE 12-28-2007 I WAS ARRESTED AT HAYWARD
11  SSI office FOR A WARRANT FOR 243.9 GASSING A PEACE OFFICER
12  BY A officer claiming TO BE F.B.I HE STATED SOMEONE
13  CALLED THEM STATING I THREAT THREATEN SOMEONE
14  AT THE SSI office IN HAYWARD WHICH IS A FALSE
15  STATEMENT. HE claimed TO BE A F.B.I. IN WHICH
16  HE STATED HIS NAME OFFICER FREEMAN NOT
17  AGENT PLUS HIS HOME BASE SAN FRANCISCO THEN
18  HE PRODUCE A WARRANT VIA PHONE And SAID
19  I'm under ARRESTT. I complyed withour TROUBLE
20  And WAS SEARCHED And ARRESTED FOR 243.9 And
21  TAKEN TO SANTA RITA ALAMEDA COUNTY JAIL And SINCE
22  THEN I WAS SENT TO NAPA FOR 1370 {READ WARRANT AND
        (ATTACHED LETTER

23  IV.    Relief.

24          Your complaint cannot go forward unless you request specific relief.  State briefly exactly
25  what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

26  PLEASE CHECK WARRANT AND PEOPLE INVOLVED
27  AND FREE ME FROM FALSE DETAINMENT
28  AS SOON AS POSSIBLE. THANK YOU!

COMPLAINT                    - 3 -

1
2
3
4
5    I declare under penalty of perjury that the foregoing is true and correct.
6
7    Signed this ___8TH___ day of ___JUNE_____, 2008
8
9                    _Raymond King Fernandez_
10                          (Plaintiff's signature)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                          - 4 -



GUY FERNANDES QS#6

2-2073344
NAPA, CALIF
94588-6293
2100 NAPA VALLEY HWY

LEGAL
MAIL

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

RECEIVED
JUN 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND CA
JUN
18
2008
P.M.

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

Legal
Mail