**FILED**
JUN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND KING FERNANDES

　　　　　　Plaintiff,

vs.

F.B.I. OFFICER FREEMAN
DEPUTY DISTRICT ATTORNEY ROBERT C. ALOE
ALAMEDA SHERIFFS DEPARTMENT 06-2445
JUDGE-SUPERIOR COURT OAKLAND
LARRY J. GOODMAN

　　　　　　Defendant.

CASE NO. CV 08 2989 (PR) JF

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, RAYMOND K. FERNANDES, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  SSI disabled $750.00
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or           Yes ___ No _X_
10        self employment
11   b.   Income from stocks, bonds,        Yes ___ No _X_
12        or royalties?
13   c.   Rent payments?                    Yes ___ No _X_
14   d.   Pensions, annuities, or           Yes ___ No _X_
15        life insurance payments?
16   e.   Federal or State welfare payments, Yes ___ No _X_
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.   Are you married?                   Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support: $ _____

```
 1           b.      List the persons other than your spouse who are dependent upon you for
 2                   support and indicate how much you contribute toward their support. (NOTE:
 3                   For minor children, list only their initials and ages. DO NOT INCLUDE
 4                   THEIR NAMES.).
 5      _____
 6      _____
 7   5.      Do you own or are you buying a home?         Yes ____ No _X_
 8   Estimated Market Value: $_____ Amount of Mortgage: $_____
 9   6.      Do you own an automobile?                    Yes ____ No _X_
10   Make _____ Year _____ Model _____
11   Is it financed? Yes ____ No ____ If so, Total due: $ _____
12   Monthly Payment: $ _____
13   7.      Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $ _____
17   Do you own any cash? Yes ____ No _X_ Amount: $ _____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.)  Yes ____ No _X_
20   _____
21   8.      What are your monthly expenses?
22   Rent: $ _____                       Utilities: _____
23   Food: $ _____                       Clothing: _____
24   Charge Accounts:
25   Name of Account           Monthly Payment           Total Owed on This Acct.
26   _____                $ _____              $ _____
27   _____                $ _____              $ _____
28   _____                $ _____              $ _____
```

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 3 -

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____NO_____
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes X   No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed. CV-08-2646
9  DR. MONI, DR. HAMILTON, DR CHIEF MEDICAL SCOTT
10 SUTHERLAND, DR. BACHELDER, NURSE TERRY, OFFICER BARLOWAKA,
   C-07-5015  2 CASES, U.S. DISTRICT COURT NORTHERN.  BARAO
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 6-8-08                           Raymond K. Fernandes
17      DATE                        SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 4 -

Dear Sirs, 6-12-08

As of the above date! I'm still not able to recieve my account records. All's I get is a delay in answer. So hopefully you will understand my situation and take my sworn statement that I'm totally indigent the whole time I've been in the Napa State Hospital. I only recieve $12.50 per month state funds! The above statement is true and sworn by self! Thank you!

Yours Truely
Ray Fernandes
Ray Fernandes

CV 08  2989
E-filing  JF
(PR)