FILED
08 JUN 27 PM 1:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RAYMOND KING FERNANDES,
　　　　　　　Plaintiff,

vs. F.B.I. OFFICER FREEMAN
DEPUTY DISTRICT ATTORNEY
ROBERT C. ALOE
ALAMEDA COUNTY SHERIFFS DEPT. 06-24445
　　　　　　　Defendant.
OAKLAND SUPERIOR COURT - JUDGE
LARRY J. GOODMAN

CV 08 No. 2989 JF (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, RAYMOND K. FERNANDES, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS　　　　- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _SSI DISABLED  $750.00_____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                Yes ___ No _X_
10          self employment
11     b.   Income from stocks, bonds,             Yes ___ No _X_
12          or royalties?
13     c.   Rent payments?                         Yes ___ No _X_
14     d.   Pensions, annuities, or                Yes ___ No _X_
15          life insurance payments?
16     e.   Federal or State welfare payments,     Yes ___ No _X_
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                          Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

1     b.   List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.).
5     _____
6     _____
7  5. Do you own or are you buying a home?        Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?                   Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____
21 8. What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account            Monthly Payment            Total Owed on This Acct.
26 _____                    $ _____                  $ _____
27 _____                    $ _____                  $ _____
28 _____                    $ _____                  $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____NO_____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes X   No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  PRISON HEALTH SERVICES - NURSE TERRY, DR BACHELDER, OFFICER D.L. BARLOW
10  C-07-5015     NORTHERN CALIF. U.S. DISTRICT COURT
11  I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13  I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

16  6-25-08                           Raymond King Fernandez
17      DATE                              SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 4 -

> **CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

6/11/2008  
2:49:25PM

**NAPA STATE HOSPITAL**  
**TRUST ACCOUNT / CASHIERS' SYSTEM II**  
Patient Ledger Report

Page 1 of 1

**2073344    FERNANDEZ, RAYMOND**

|    | TransDate  | Doc No.    | Item              | Comment         | Withdrawl | Deposit | Balance |
|----|------------|------------|-------------------|-----------------|-----------|---------|---------|
| 1  | 01/05/2008 | 18-075550  | AB1013 Funds      | $12.50 Receipts |           | $12.50  | $12.50  |
| 2  | 01/10/2008 | 13-154989  | Cash Disbursement | cl v533         | $12.50    |         | $0.00   |
| 3  | 02/04/2008 | 18-075609  | AB1013 Funds      | $12.50 Receipts |           | $12.50  | $12.50  |
| 4  | 02/07/2008 | 13-155154  | Cash Disbursement | cl v610         | $12.50    |         | $0.00   |
| 5  | 03/05/2008 | 18-075697  | AB1013 Funds      | $12.50 Receipts |           | $12.50  | $12.50  |
| 6  | 03/10/2008 | 13-155380  | Cash Disbursement | cl v690         | $12.50    |         | $0.00   |
| 7  | 04/04/2008 | 18-075793  | AB1013 Funds      | $12.50 Receipts |           | $12.50  | $12.50  |
| 8  | 04/07/2008 | 13-155579  | Cash Disbursement | cl v765         | $12.50    |         | $0.00   |
| 9  | 05/04/2008 | 18-075893  | AB1013 Funds      | $12.50 Receipts |           | $12.50  | $12.50  |
| 10 | 05/05/2008 | 13-155792  | Cash Disbursement | cASHLIST v-851  | $12.50    |         | $0.00   |
| 11 | 06/03/2008 | 18-075975  | AB1013 Funds      | $12.50 Receipts |           | $12.50  | $12.50  |
| 12 | 06/09/2008 | 13-156006  | Cash Disbursement | CL V946         | $12.50    |         | $0.00   |

TOTAL WITHDRAWLS / DEPOSITS:    $75.00    $75.00

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **RAYMOND K. FERNANDES** for the last six months
[prisoner name]
**NAPA STATE Hospital** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __12.50__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0.00__

Dated: 6.17.08                              _____
                                            (Authorized officer of the institution)

                                                    6/11/08

                    like

                    I don't need nn.

                                    celia

- 5 -

RAY FERNANDES 2546
2100 NAPA VALLEY HWY
NAPA CALIF
9558-6298

2



Legal mail

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

OAKLAND CA
JUN 25 2008 PM 1