NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND K. FERNANDES, | ) | No. C 08-2989 JF (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| FREEMAN, | ) | |
| Defendant. | ) | |

The Court has dismissed the instant civil rights action without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/21/08

JEREMY FOGEL
United States District Judge

Judgment
G:\PRO-SE\SJ.JF\CR.08\Fernandes2989_judgment.wpd                1